UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

Atty: STEVEN ALAN HOFFNER, ESQ.

COUNTY OF

KAREEM GOODWINE, ETAL

Plaintiff(s)

- against -

THE CITY OF NEW YORK, ETAL

Defendant(s)

Index #: 07 CV 3756 (KARAS)
Purchased: May 11, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LUIS AGOSTINI BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 6, 2007 at 09:31 AM at 52ND PRECINCT DETECTIVE SQUAD, 3016 WEBSTER AVENUE, BRONX, NY 10467, deponent served the within SUMMONS & VERIFIED COMPLAINT AND DEMAND FOR A JURY TRIAL on N.Y.C. POLICE DET. EDWIN SUAREZ, SHIELD # 03799 therein named,

**SUITABLE AGE PERSON** by delivering thereat a true copy of each to P.O. ST. JOHN (SHIELD #26386) a person of suitable age and discretion. Said premises is defendant's actual place of business within the state. He identified himself as the CO-WORKER of the defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BLONDE | 45 | 6' " | 180 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to defendant at defendant's actual place of business at 52ND PRECINCT DETECTIVE SQUAD, 3016 WEBSTER AVENUE, BRONX, NY 10467 and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on June 7, 2007 by REGULAR MAIL in an envelope marked PERSONAL & CONFIDENTIAL

**MILITARY SERVICE** Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the defendant in this action.

Sworn to me on: June 7, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

**LUIS AGOSTINI**
License #: 1027732
Invoice #: 441331