```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*KAREEM GOODWINE, ET AL,*
                *Plaintiffs,*

-v-

*THE CITY OF NEW YORK, ET AL*

                *Defendants.*

Case No. 07 cv 03756(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

It having been reported to the Court that this action has been resolved,

IT IS HEREBY ORDERED, that this action is discontinued with prejudice but without costs; provided, however, that if the settlement is not consummated within 30 days of the date of this Order, any party may apply by letter within the 30 day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
      November 14, 2007

## STEVEN A. HOFFNER
### Attorney at Law

**350 Broadway, Suite 1105**  
**New York, New York 10013**

tel: 212-941-8330  
fax: 212-941-8137

November 9, 2007

Honorable Richard J. Sullivan  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: <u>Goodwine, et al. v. City of New York</u>   07-CV-3756 (RJS)

Your Honor:

  I write on behalf of both parties to inform the Court that the case has been settled.

  A Stipulation of Discontinuance will be provided to the Court within two weeks.

  Thank you for your attention.

Respectfully,

Steven Hoffner, Esq.

cc: Sumit Sud  
   Assistant Corporation Counsel