

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

Sumit Sud
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

December 4, 2007

**BY HAND DELIVERY**
The Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Kareem Goodwine, et al. v. The City of New York et al.
07 CV 3756 (RJS)

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above matter. Enclosed please find a duly executed Stipulation and Order of Settlement and Dismissal dated November 15, 2007 for Your Honor's endorsement and filing.

Thank you for your consideration herein.

Respectfully submitted,

Sumit Sud (SS 2781)
Assistant Corporation Counsel

Encl.

cc: Steven A. Hoffner, Esq. (by fax w/o encl.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

KAREEM GOODWINE, ADLER VILLARSON AND
SHANE WEEKES,

                        Plaintiff,

          -against-

THE CITY OF NEW YORK, N.Y.C. POLICE
DET. EDWIN SUAREZ, SHIELD #03799, AND N.Y.C.
POLICE OFFICERS "JOHN DOE (1) & (2)", EACH
BEING SUED INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITY,

                        Defendants.

---------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

07 CV 3756( RJS)

      **WHEREAS**, plaintiffs commenced this action on May 11, 2007 by filing a complaint alleging, *inter alia*, violations of this civil rights pursuant to 42 USC § 1983; and

      **WHEREAS**, defendants have denied any and all liability arising out of plaintiffs' allegations; and

      **WHEREAS**, the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

      **WHEREAS**, plaintiffs have authorized their counsel to settle this matter on the terms set forth below;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

      1. The above-referenced action is hereby dismissed, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2" below.

2. Defendant City of New York hereby agrees to pay plaintiffs **KAREEM GOODWINE, ADLER VILLARSON AND SHANE WEEKES** a combined sum of **THIRTY THOUSAND DOLLARS ($30,000)**, to be paid as follows: **KAREEM GOODWINE** a sum of **FIVE THOUSAND ($5,000)**; **SHANE WEEKS** a sum of **FIVE THOUSAND ($5,000)**; **ALDER VILARSON** a sum of **TWENTY THOUSAND ($20,000)**, in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiffs agree to the dismissal of all the claims against the City of New York and all of the named defendants and to release all defendants and any present and former employees or agents of the City of New York, from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff's in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiffs shall execute and deliver to defendants' attorney all documents necessary to effect this settlement, including, without limitation General Releases based on the terms of paragraph 2 above and Affidavits of No Liens.

4. Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation and settlement shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or the New York City Police Department.

- 2 -

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
November 15, 2007

Steven Alan Hoffner, Esq.
Attorney for Plaintiffs
350 Broadway, Suite 1105
New York, New York 10013
(212) 941-8137

By: _____
Steven A. Hoffner (SH 0585)

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants City of New
York and Edwin Suarez
100 Church Street, Room 3-209
New York, New York 10007
(212) 788-1096

By: _____
Sumit Sud (SS 2781)
Assistant Corporation Counsel

SO ORDERED:

_____
HONORABLE RICHARD J. SULLIVAN
U.S.D.J.

- 3 -